**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6115**

BRADLEY MAXWELL,

              Plaintiff - Appellant,

        v.

HAROLD CLARKE, Director, VDOC; DAVID ROBINSON, Chief of
Prison Operations; GEORGE HINKLE, Regional Director; GREG
HOLLOWAY, Warden; JOHN COMBS, Assistant Warden,

              Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Jackson L. Kiser, Senior
District Judge. (7:14-cv-00591-JLK-RSB)

Submitted:  April 23, 2015          Decided:  April 28, 2015

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bradley Maxwell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bradley Maxwell appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Maxwell v. Clarke, No. 7:14-cv-00591-JLK-RSB (W.D. Va. Jan. 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED